**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6656**

———————————

CORNELIUS R. WOODS,

                                    Plaintiff - Appellant,

          versus

STEVEN HILL; RALPH WYLIE; DOYLE COX; CURTIS E.
SMITH;  SHERMAN SMITH;  GARY PEGRAM;  SHAUNDRA
PATTERSON;  BEVERLY MCCLAIN;  DONALD PETRISKO;
WILLIAM  MYLES;  LUTHER  HILL;  ROBERT  HILL;
DENNIS HAWKINS; KEVIN KIDDY; TODD HILL; DOES
1-20, inclusively; JOSEPH BROOKS,

                                    Defendants - Appellees,

          versus

UNITED STATES OF AMERICA,

                                    Movant - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, District
Judge; M. Hannah Lauck, Magistrate Judge. (CA-04-124-REP)

———————————

Submitted:  September 29, 2005      Decided:  October 6, 2005

———————————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

Cornelius R. Woods, Appellant Pro Se.  Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cornelius R. Woods seeks to appeal the magistrate judge's order denying without prejudice Woods' motion for appointment of counsel in this <u>Bivens</u>[*] action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Woods seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

- 3 -